BEFORE THE FIRST DIVISION, OCTOBER 27, 1943

**No. 48919.**—Protests 798166–G, etc., of Quong Yuen Shing & Co. et al. (New York).

Opinion by Cole, J. In accordance with stipulation of counsel and on the authority of *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247) the merchandise was found to contain salt and was therefore excluded from paragraph 5. The protests were sustained to this extent.